**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Streamline Solutions LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-13595-amc |
| In re:<br><br>Streamline Construction Management LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-13596-amc |
| In re:<br><br>Streamline Group LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-13597-amc |
| In re:<br><br>Lion Construction LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-13598-amc |
| In re:<br><br>Lion Construction Management LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-13599-amc |
| In re:<br><br>Streamline Philly Construction LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-13600-amc |
| In re:<br><br>Streamline Realty LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-13601-amc |
| In re:<br><br>Streamline Sales and Marketing LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-13602-amc |

| | |
|---|---|
| In re: | Chapter 7 |
| Streamline Residential Construction LLC, | Case No. 25-13603-amc |
| Debtor. | |
| In re: | Chapter 7 |
| Streamline Partners LLC, | Case No. 25-13604-amc |
| Debtor. | |
| In re: | Chapter 7 |
| STL Holdings LLC, | Case No. 25-13605-amc |
| Debtor. | |

**ORDER GRANTING MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) FINDING THAT AMELIA HARDY, SAMUEL HARDY, HORN WILLIAMSON, LLC, AND RYAN M. LOCKMAN, ESQUIRE VIOLATED THE AUTOMATIC STAY BY CONTINUING PROSECUTION OF STATE COURT LITIGATION, (II) IMPOSING SANCTIONS AGAINST AMELIA HARDY, SAMUEL HARDY, HORN WILLIAMSON, LLC, AND RYAN M. LOCKMAN, ESQUIRE FOR KNOWINGLY VIOLATING THE AUTOMATIC STAY, (III) DETERMINATION THAT ANY DECISIONS AND ORDERS AFTER THE PETITION DATE ARE *VOID AB INITIO* AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the Motion Streamline Solutions, LLC, Streamline Construction Management, LLC, Streamline Group, LLC, Lion Construction, LLC, Lion Construction Management, LLC, Streamline Philly Construction, LLC, Streamline Realty, LLC, Streamline Sales and Marketing, LLC, Streamline Residential Construction, LLC, Streamline Partners, LLC, and STL Holdings, LLC the above-captioned Debtors (collectively referred to as the "Debtors"), hereby move this Court for entry of an order (i) finding that Amelia Hardy, Samuel Hardy (collectively the "Hardys" or "Plaintiffs"), Horn Williamson, LLC and Ryan M. Lockman, Esquire (collectively the "Plaintiffs' Counsel") violated the automatic stay provisions of the Bankruptcy Code by improperly proceeding with trial in state court litigation (as defined below),

sanctioning the Hardys and Plaintiffs' Counsel for such conduct and enforcing the automatic stay, (iii) determining that any findings, decisions or orders entered in the State Court Litigation are *void ab initio*, and (iv) granting related relief (the "Motion")[1], and due and proper notice of the Motion having been given; and the Court having found that the Plaintiffs and Plaintiff's had actual knowledge of the Debtors' Bankruptcy Petitions; it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.      The Motion is GRANTED and as set forth herein.

2.      Amelia Hardy, Samuel Hardy (collectively the "Hardys"), Horn Williamson, LLC and Ryan M. Lockman, Esquire (collectively the "Plaintiffs' Counsel") violated the 11 U.S.C. § 362(a), the automatic stay provisions of the Bankruptcy Code, by improperly proceeding with trial in State Court Litigation.

3.      Sanctions are entered against the Hardys and Plaintiffs' Counsel pursuant to 11 U.S.C. § 362(k) resulting from their willful violation of the 11 U.S.C. § 362(a)

4.      The Hardys and Plaintiffs' Counsel shall pay the Debtors' attorney's fees and costs incurred in the amount of $_____.

5.      The automatic stay shall remain in effect and the Hardys and Plaintiffs' Counsel are hereby stay from taking any actions against the Debtors and their assets, and stayed from pursuant any actions or claims Coulbee and Stillwell.

6.      Any and all finding, decisions or orders entered in the State Court Litigation are *void ab initio*, including but not limited to the September 9, 2025 *Findings for Plaintiff.*

---

[1] Terms not specifically defined herein shall have the same meaning ascribed to them as set forth in the Motion.

7.    This Court shall retain jurisdiction to interpret and enforce the terms of this Order.


Dated: _____, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge